## Matter of Hamilton Baluss, an Attorney.

*Attorneys: Proceedings to disbar: Evidence.* Proceedings to disbar an attorney, while not strictly a criminal prosecution, are of that nature, and the charges preferred should be clearly supported by the evidence to warrant a conviction.

*Heard January 8. Decided January 13.*

Petition to have respondent's name stricken from the roll of attorneys.

*F. A. Baker*, for the petitioner.

*Moore & Moore* and *C. I. Walker*, for the respondent.

COOLEY, J.

This was a proceeding which sought to have the name of respondent stricken from the roll of attorneys for professional misbehavior. While not strictly a criminal prosecution, it is of that nature, and the punishment, in prohibiting the party following his ordinary occupation, would be severe and highly penal. The majority of the court are not satisfied that the evidence gives such clear support to the charges as should be required in such cases, and the application will therefore be denied.

GRAVES, CH. J., and CAMPBELL, J., concurred.

CHRISTIANCY, J., did not sit in this case.